FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 11, 2023

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAMONA R., on behalf of K.G.R., a minor child,[1] <br><br>                Plaintiff, <br><br>vs. <br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br>                Defendant. | No. 1:22-cv-03067-RHW <br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DENY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** <br><br>**ECF Nos. 14, 16, 21** |

Before the Court is the Report and Recommendation issued by Magistrate Judge James A. Goeke on September 18, 2023, ECF No. 21, recommending Plaintiff's Motion for Summary Judgment, ECF No. 14, be granted and Defendant's Motion for Summary Judgment, ECF No. 16, be denied. No objections were filed. After reviewing the Report and Recommendation, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names. *See* LCivR 5.2(c).

ORDER - 1

Accordingly, **IT IS ORDERED**:

1. The Report and Recommendation, **ECF No. 21**, is **ADOPTED** in its entirety.

2. Plaintiff's Motion for Summary Judgment, **ECF No. 14**, is **GRANTED**. The Commissioner's decision is **REVERSED** and this matter is **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. Defendant's Motion for Summary Judgment, **ECF No. 16**, is **DENIED**.

4. Upon proper presentation, the Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **ENTER JUDGMENT** in favor of Plaintiff, forward copies to counsel and Magistrate Judge Goeke, and **CLOSE THE FILE**.

DATED October 11, 2023.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

ORDER - 2